UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

IN RE:	DAVID and CHARLENE,	: Chapter 13
	PRICE	: Case No.: 08-11643-elf
	Debtors	:

NOTICE OF MOTION, RESPONSE DEADLINE AND HEARING DATE

The Delaware County Tax Claim Bureau has filed a Motion for Relief from the Automatic Stay with the Court to permit the Delaware County Tax Claim Bureau to sell certain real property.

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult an attorney.)**

1. If you do not want the Court to grant the relief sought in the motion or if you want the Court to consider your views on the motion, then on or before **September 10, 2009** you or your attorney must do all of the following:
	(a) file an answer explaining your position at:
		U.S. Bankruptcy Court
		Eastern District of Pennsylvania
		Bankruptcy Clerk of Courts
		900 Market Street, Suite 400
		Philadelphia, PA 19107

If you mail your answer to the Bankruptcy Clerk's Office for filing, you must mail it early enough so that it will be received on or before the date stated above; and
	(b) mail a copy to the Movant's Attorney:
		David Hamilton Lang, Esquire
		230 North Monroe Street
		Media, PA 19063
		(610) 565-2211
		(610) 565-1846 FAX

2. If you or your attorney do not take the steps described in paragraphs 1(a) and 1(b) above and attend the hearing, the Court may enter an order granting the relief requested in the motion.

3. **A hearing on the motion is scheduled to be held before the Honorable Eric L. Frank on September 24, 2009 at 10:00 A.M. in Courtroom No. 1, United States Bankruptcy Court, 900 Market Street, Philadelphia, PA.**

1

    4. If a copy of the motion is not enclosed, a copy of the motion will be provided to you if you request a copy from the attorney named in paragraph 1(b).

    5. You may contact the Bankruptcy Clerk's Office at (215) 408-2800 to find out whether the hearing has been cancelled because no one filed an answer.

Date: <u>August 31, 2009</u>